# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Andrew J. Ostrowski/Pennsylvania Civil Rights Law Network, personally, and on behalf of every American, | : | CIVIL ACTION 1:17-CV-788 |
| Plaintiff | : | NO. |
| | : | |
| v. | : | FILED HARRISBURG, PA |
| | : | MAY - 3 2017 |
| American System of Justice; The Federal Reserve; Facebook; and Mark Zuckerberg, | : | Om |
| Defendants | : | JURY TRIAL DEMANDED |

## COMPLAINT/DECLARATIONS

AND NOW comes the Plaintiff, and in support of his Complaint and Declarations before this Court, avers as follows:

1. Concurrently herewith, Plaintiff has filed a Declaration from The King's Bench in the Pennsylvania Supreme Court that the American System of Justice, as reflected by the Pennsylvania Supreme Court/Unified Judicial System of Pennsylvania under Article 5 of the Pennsylvania Constitution, is an evil institution, to wit, it has been constructed on a constitutionally infirm foundation that violates separation of powers and checks and balances principles, which are divinely-inspired principles built into our founding documents to protect against the tendency of the institutions of man toward evil.

The means through which the infiltration of this evil is manifested is the wholesale deprivation of due process of law, also a divinely-inspired principle to

regulate the orderly affairs among men in a civilized society, and protect them from evil influences, in specific cases, and classes of cases, such that it is deliberately made impossible to achieve God's Justice.

2. Plaintiff can prove that he, and others, have been damaged and injured by the deliberate design behind these evil intrusions, that were conceived under the cloak of darkness, and are perpetuated under that same cloak of darkness, which only exists due to the constitutionally infirm design to begin with.

3. This Court, by extension, and the entire federal judiciary are subject to the same Declaration of Evil that has been made as to the Pennsylvania Supreme Court/Unified Judicial System of Pennsylvania, as the same manifestations of the conditions exist, i.e., the deliberate wholesale deprivation of due process in specific cases and classes of cases, and proof of that evil will come through many cases filed in this very District and Division.

Plaintiff has separately proven through, <u>inter alia</u>, the Bailey disciplinary proceedings, the Ostrowski disciplinary proceedings, and abundant other anecdotal and empirical evidence, that the courts in Pennsylvania, both state and federal, have failed to maintain integrity through the self-regulatory feature of judicial administration and governance, which also is a consequence of their infirm design.

4. Nevertheless, the American System of Justice, as reflected by the status of the Pennsylvania Supreme Court, should be provided one final opportunity to

defend itself, through this Court, from a similar Declaration of Evil by this Court, by accepting the Declaration of the Plaintiff filed in the Pennsylvania Supreme Court, as supported by the evidence to be adduced at trial, and further appointing the Pennsylvania Civil Rights Law Network as the interim supreme judicial authority for the Commonwealth of Pennsylvania, pending reconstruction of a constitutionally adequate judicial branch of government for the Commonwealth of Pennsylvania.

5. In addition, Plaintiff seeks a Declaration from this Court that the Federal Reserve System serves no useful purpose to mankind, and, as such, is an evil institution, and should be banished immediately. A further Order effectuating its dissolution will be submitted.

6. Finally, under this Court's diversity jurisdiction, and some novel articulations to address how multi-national corporations can register in Delaware, and run all over the world using the American military to clear the way for their merchandising, Plaintiff seeks a Declaration from this Court that Facebook, having a policy of banning pure love, is evil, and must be banished, subject to corrective measures to be implemented by and/or between Plaintiff, Defendant Zuckerberg, Enny, and others.

WHEREFORE, Plaintiff demands all appropriate relief.

Respectfully submitted,

_____
Andrew J. Ostrowski
Pennsylvania Civil Rights Law Network
P.O. Box 61335
Harrisburg, PA 17106

Dated:  May 2, 2017