IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Andrew J. Ostrowski/Pennsylvania Civil Rights Law Network, personally, and on behalf of every American; Pennsylvania Civil Rights Law Network; and The Body of Christ,** <br>   Plaintiffs | : CIVIL ACTION <br> : NO. 17-cv-00788 <br> : <br> : <br> : <br> : <br> : <br> : |
| v. | : <br> : |
| **American System of Justice; The Supreme Court of Pennsylvania/ Unified Judicial System of Pennsylvania; The Federal Reserve; The Society of Jesus (aka "The Jesuits"); Facebook; N.M Rothschild & Sons, Ltd. (aka "The Rothschilds); Free and Accepted Masons of the World, Inc. (aka "The Freemasons"); Mark Zuckerberg; Satan; and John/Jane Does,** <br>   Defendants | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : JURY TRIAL DEMANDED |

FILED SCRANTON JUN -6 2017 PER _____ DEPUTY CLERK

## AMENDED COMPLAINT/DECLARATIONS

AND NOW come the Plaintiffs, and in support of their Amended Complaint and Declarations before this Court, aver as follows:

1. Plaintiffs are: 1) Andrew J. Ostrowski/Pennsylvania Civil Rights Law Network ("Plaintiff Ostrowski"); 2) The Pennsylvania Civil Rights Law Network ("PCRLN"); and 3) The Body of Christ. Claims are being asserted on behalf of all American citizens, members of PCRLN and The Body of Christ.

2. The Defendants are as identified in the caption above, with Defendant American System of Justice being a nominal party, reflecting the combined state and federal court system, with the Defendant Pennsylvania Supreme Court (Unified Judicial System of Pennsylvania) being that entity as to which the requested relief is sought, which is primarily equitable relief – declaratory and/or injunctive – as set forth herein.

3. The various Doe Defendants include and/or may include, individual members of the Rothschild family; individual members of the Society of Jesus, to wit, those working by and/or through the Unified Judicial System of Pennsylvania (including the Administrative Office of Pennsylvania Courts, and the Central Legal Staff of those Courts), and those directing such efforts, including former Superior General Father Adolfo Pachon; The Pope, Papacy, and/or Vatican; The Queen of England, The Roman Catholic Church; The Central Intelligence Agency; La Cosa Nostra (aka "the Mafia"), and various if its constituent members, possibly including Louis DeNaples; individual Freemason members, including Bruce Bratton of the Dauphin County Court of Common Pleas; Charles Lentini; Stefan Kruszewski; and others to be identified as this matter proceeds.[1]

---

[1] Magistrate Judge Saporito, and all other Judges of the Middle District, and any court dealing with these matters are requested to evaluate their recusal from this case based upon their personal knowledge and familiarity with Louis DeNaples, as well as membership in any of the identified organizations, as well as the Roman Catholic Church.

## **COUNT ONE**

4. Concurrently with the original Complaint in this matter, Plaintiff Ostrowski filed a Declaration from The King's Bench in the Pennsylvania Supreme Court that the American System of Justice, as reflected by the Pennsylvania Supreme Court/Unified Judicial System of Pennsylvania under Article 5 of the Pennsylvania Constitution, is an evil institution, to wit, it has been constructed on a constitutionally infirm foundation that violates separation of powers and checks and balances principles, which are divinely-inspired principles built into our Nation's founding documents to protect against the tendency of the institutions of man toward evil.

The means through which the infiltration of this evil is manifested is the wholesale deprivation of due process of law, also a divinely-inspired principle to regulate the orderly affairs among men in a civilized society, and protect them from evil influences, in specific cases, and classes of cases, such that it is deliberately made impossible to achieve God's Justice.

5. This Court, by extension, and the entire federal judiciary are subject to the same Declaration of Evil that has been made as to the Pennsylvania Supreme Court/Unified Judicial System of Pennsylvania, as the same manifestations of the conditions exist, i.e., the deliberate wholesale deprivation of due process in specific cases and classes of cases, and proof of that evil will come through many cases filed in this very District and Division. The dockets of many of these proceedings are

matters of which judicial notice can be taken, will be identified through discovery and/or by disclosure, and are incorporated herein by reference.

The principle that will be tested, and proven, through this litigation is that a house divided against itself cannot stand, Matthew 12:25; Mark 3:24-26, to wit, that, if through the application of proper due process principles accorded to the Plaintiffs in this litigation, this system withstands the scrutiny of the Declaration of Evil, proving itself not an instrumentality of said evil, it will proceed as sanctified under God as a proper instrument of His Justice; if not, the whole temple, i.e., the American System of Justice, will collapse as an institution of evil.

6. Plaintiffs allege, and can prove, that they, and others, have been damaged and injured by the deliberate design behind the evil intrusions into Defendant Pennsylvania Supreme Court/Unified Judicial System of Pennsylvania, that were conceived under the cloak of darkness, and are perpetuated under that same cloak of darkness, which only exists due to the constitutionally infirm design to begin with.

7. Plaintiffs believe and aver that the Defendant, Society of Jesus, as agent of Defendant Satan, working under the cloak of darkness, has infiltrated the courts and other governmental institutions in America, and, specifically, the Pennsylvania Supreme Court/Unified Judicial System of Pennsylvania, in order to coopt the judicial branch of government, and to sever the bonds between the individual and

his Creator, i.e., God, our Almighty Father in Heaven; this being the objective of the design behind Article 5, Section 10(c) of the Pennsylvania Constitution. See Ephesians 6:12.

8. Defendant Freemasons are, upon information and belief, subsidiary to, or coordinate with, the Jesuits, in their design on the American judicial system, but with the more express purpose of extending favorable treatment to and among other Freemasons in the Courts, including judges, lawyers, law enforcement, and other Freemasons on that basis alone, in derogation of the principles of equality under the law, and the fair and equal administration of justice, with prominent Freemason judges, such as Third Circuit Chief Judge D. Brooks Smith, demonstrably using such influence to protect the exposure of the conduct of other possible members in connection with the Penn State/Sandusky scandal as one anecdotal example of their operation in the courts.

9. Plaintiffs PCRLN and Body of Christ, and their constituent members seeking access to the courts of the United States for the adjudication of their claims who choose to not have a "licensed attorney", for whatever reason, have been greatly damaged and injured through the courts' implementation of clandestine policies that have abnegated the duties that the courts have to protect "unrepresented litigants" such as, for example, the bastardization of 28 U.S.C. §1915, which was enacted to address concerns with prisoner pro se litigation, and have used that statute to deny

access to the courts for pro se litigants seeking vindication of their individual rights, and other rules of procedure and principles governing the litigation process, much as this Court did in its May 9, 2017 Order denying Plaintiffs' Motion for Waiver of Fees, which denied Plaintiffs due process of law, constituting strike one (not to imply that there are three, or any set number of strikes) in the "house divided against itself" theory.

10. Plaintiff has separately proven through, inter alia, the Bailey disciplinary proceedings, the Ostrowski disciplinary proceedings, and abundant other anecdotal and empirical evidence, that the courts in Pennsylvania, both state and federal, have failed to maintain integrity through the self-regulatory feature of judicial administration and governance, including the licensure and discipline of "attorneys", which also is a consequence of their infirm design. The record of those proceedings are matters as to which judicial notice can be taken, as well.

11. Nevertheless, the American System of Justice, as reflected by the status of the Pennsylvania Supreme Court, should be provided one final opportunity to defend itself, through this Court, from a similar Declaration of Evil directed to this Court, by accepting the Declaration of the Plaintiff filed in the Pennsylvania Supreme Court, as supported by the evidence to be adduced at trial, and further appointing the Pennsylvania Civil Rights Law Network as the interim supreme judicial authority for the Commonwealth of Pennsylvania, pending reconstruction

of a constitutionally adequate judicial branch of government for the Commonwealth of Pennsylvania, all of which is contemplated by the requests for declaratory and/or injunctive relief, including prospective relief.

12. Individual Plaintiff Ostrowski/PCRLN expressly waives any claim for legal relief, i.e., money damages, through Counts One and Two of this litigation, and does not assert any claim for money damages on behalf of the Plaintiff Body of Christ. Plaintiff PCRLN pleads generally a claim for injuries and damages of its constituent members.

WHEREFORE, Plaintiffs demand judgment against Defendants for all appropriate declaratory, equitable, and/or legal relief.

## COUNT TWO

13. In addition, Plaintiff seeks a Declaration from this Court that the Federal Reserve System serves no useful purpose to mankind, and, as such, is an evil institution, and should be banished immediately. A further Order effectuating its dissolution will be submitted.

14. The Federal Reserve System was conceived under the cloak of darkness, as well, through agents of Defendant Satan, also as part of the greater artifice, scheme, design, and plan ultimately behind the issues as set forth in Count One pursuant to the principle that the love of money is the root of all evil. 1 Timothy 6:10.

15. The fraud that has been foisted upon mankind is perpetuated by, <u>inter alia</u>, Defendant Federal Reserve System, Defendant N.M. Rothschild & Sons, Ltd., and other as yet unnamed Doe Defendants, all as agents of Defendant Satan.

16. Plaintiff Ostrowski is damaged and injured by this fraudulent scheme and plan, as is every other American citizen, even world citizen, each and every time they use a federal reserve note in commerce, which they are forced to do as a result of this unlawful scheme, and the damages to all of mankind are estimated to be in the quadrillions of "dollars."

WHEREFORE, Plaintiffs demand judgment against Defendants for all appropriate declaratory, equitable, and/or legal relief in the quadrillions of dollars.

## COUNT THREE

17. Under this Court's diversity jurisdiction, and, perhaps, some novel articulations to address how multi-national corporations can register in Delaware, and run all over the world using the American military to clear the way for their merchandising, Plaintiff Ostrowski seeks a Declaration from this Court that Facebook, having a policy of banning pure love, is evil, and must be banished, subject to corrective measures to be implemented by and/or between Plaintiff, Defendant Zuckerberg, Enny, and others.

18 Defendant Zuckerberg is alleged, upon information and belief, including many articles right on Facebook itself, to be an agent of certain other

Defendants, including the Rothschild Defendants, certain Doe Defendants, and Defendant Satan, for which all of the latter are responsible.

19. Plaintiff Ostrowski has been damaged and injured by the acts of Defendants Facebook and Zuckerberg, and their masters.

WHEREFORE, Plaintiffs demand judgment against Defendants for all appropriate declaratory, equitable, and/or legal relief, the latter being in an amount in excess of $75,000.

                Respectfully submitted,

                */s/ Andrew J. Ostrowski*
                Andrew J. Ostrowski
                Pennsylvania Civil Rights Law Network
                P.O. Box 61335
                Harrisburg, PA 17106
                570-479-5062
                justiceserved@protonmail.com
                For All Plaintiffs

Dated: June 6, 2017