June 26, 2017

17cv788

Magistrate Judge Joseph F. Saporito, Jr.

I have noted that the signatures on the filings by Mr. Ostrowski dated May 3, 2017 do not match the signatures on the filings from June 6, 2017 and June 20, 2017. Of interest is where he writes on the filing dated June 20, 2017 enclosed the following: "I declare under penalty of perjury that the foregoing is true and correct."

Hopefully this is helpful.

Thank you,

FILED
SCRANTON
JUN 29 2017
PER_____ DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Andrew J. Ostrowski/Pennsylvania Civil Rights Law Network, personally, and on behalf of every American; Pennsylvania Civil Rights Law Network; and The Body of Christ | : CIVIL ACTION<br>: NO. 17-cv-00788 |
| v. | |
| American System of Justice; The Supreme Court of Pennsylvania/ Unified Judicial System of Pennsylvania; The Federal Reserve; The Society of Jesus (aka "The Jesuits"); Facebook; N.M Rothschild & Sons, Ltd. (aka "The Rothschilds); Free and Accepted Masons of the World, Inc. (aka "The Freemasons"); Mark Zuckerberg; Satan; and John/Jane Does | : FILED<br>SCRANTON<br>JUN 2 0 2017<br>PER _____<br>DEPUTY CLERK<br>: JURY TRIAL DEMANDED |

## DECLARATION OF ANDREW J. OSTROWSKI,PENNSYLVANIA CIVIL RIGHTS LAW NETWORK

I, Andrew J, Ostrowski/Pennsylvania Civil Rights Law Network hereby state that as of this date, I have less than $500 in my checking account, $5 in a savings account, approximately $200 cash on hand, monthly living expenses of approximately $1200, and revenues (gifts, donations, compensation) on average of approximately $1200-$1500 or so per month. I own a car that is worth very little (maybe a thousand dollars, but has not been shopped), and asserted "debts" exceeding $100,000.

Plaintiff Body of Christ is not believed to have any worldly assets.

I declare under penalty of perjury that the foregoing is true and correct.

_Andrew J. Ostrowski_
Andrew J. Ostrowski/Pennsylvania Civil
Rights Law Network
P.O. Box 61335
Harrisburg, PA  17106
570-479-5062
justiceserved@protonmail.com

Dated:  June 20, 2017



HARRISBURG PA 171

27 JUN 2017 PM 3 L

RECEIVED
SCRANTON
JUN 29 2017
PER_____
DEPUT

U.S. District Court
Magistrate Judge Joseph F. Saporito, Jr.
Middle District of Pennsylvania
PO Box 1148
235 N. Washington Avenue
Scranton, PA 18501-1148

18501–500199