# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREW J. OSTROWSKI d/b/a PENNSYLVANIA CIVIL RIGHTS LAW NETWORK,** : | |
| Plaintiff, : | **CIVIL ACTION NO. 1:17-0788** |
| v. : | **(MANNION, D.J.)** |
| **AMERICAN SYSTEM OF JUSTICE,** : **et al.,** | **(SAPORITO, M.J.)** |
| Defendants. : | |

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

(1) The plaintiff's appeal, (Doc. 9), is **DISMISSED**;

(2) Judge Saporito's June 7, 2017 Order, (Doc. 8), is **AFFIRMED**;

(3) The plaintiff is granted an additional **seven (7) days** from the date of this Order to comply with Judge Saporito's June 7, 2017 Order, (Doc. 8); and

(4) This action is remanded to Judge Saporito for further proceedings.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: July 6, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-0788-01 Order.wpd