# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW J. OSTROWSKI d/b/a PENNSYLVANIA CIVIL RIGHTS LAW NETWORK, : : : | |
| Plaintiff, : | CIVIL ACTION NO. 1:17-0788 |
| v. : | (MANNION, D.J.) |
| AMERICAN SYSTEM OF JUSTICE, : et al., : : | (SAPORITO, M.J.) |
| Defendants. | |

## ORDER

In accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

(1) The July 24, 2017 Report and Recommendation of Magistrate Judge Joseph F. Saporito, Jr., (Doc. 15), is **ADOPTED IN ITS ENTIRETY**;

(2) The plaintiff's objections to Judge Saporito's report, (Doc. 16), are **OVERRULED**;

(3) The plaintiff's second amended complaint, (Doc. 6), is **DISMISSED WITHOUT PREJUDICE** for failure to pay to requisite filing and administrative fees; and

(4) The Clerk of Court is directed to mark this case administratively closed.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: September 18, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-0788-02 Order.wpd